IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANA L. HARRIS, ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| Vs. ) | Civil Action No. 06 1054 |
| ) | |
| SUPERVALU HOLDINGS-PA LLC ) | |
| SHOP N SAVE ) | |
| ELLEN DAMICO, WENDY BELL, ) | |
| ) | |
| DEFENDANTS | |

## COMPAINT

1. The Plaintiff is a resident of Pittsburgh, Allegheny County, Pennsylvania and a natural born citizen of the United States.
2. The defendant is Supervalu Holdings – PA LLC Shop 'n Save Headquarters 400 Paintersville Road, New Stanton, Pennsylvania 15672 in the United States 724.925.6600
3. Pittsburgh Shop n Save is located in Allegheny County, 6401 Penn Avenue, Pittsburgh, Pennsylvania 15206 in the United States.
4. The defendant Ellen Damico is a resident of Pittsburgh, Allegheny County, Pennsylvania and a citizen of the United States.
5. The defendant Wendy Bell is a resident of Pittsburgh, Allegheny County, Pennsylvania and a citizen of the United States.

### Jurisdiction
6. This court has jurisdiction over this matter pursuant to Federal Question involving violation of Federal Law Civil Rights Act of 1964 (Title VII).

### Facts
7. On or about the month of March 2005 Dana L. Harris was placed in training for a CSM/PIC Customer Service Manager/Person in Charge position for Supervalue Holdings-PA LLC, Shop n Save by Ellen Damico per Human Resources Manager Karen. Wendy Bell and Lauren whom were both CSM/PIC's informed Dana L. Harris of her training.
8. On or about the month of March 2005, Ellen Damico refused Dana L. Harris the right to pray during a scheduled company break.
9. Dana L. Harris was suspended from training by Wendy Bell per Ellen Damico's instructions; based on her religious preference as so stated by Ellen Damico and Wendy Bell.

10. Dana L. Harris has suffered psychological, emotional, and physical distress as a result.
11. Dana L. Harris is seeking 3.5 million dollars in damages.

WHEREFORE, the Plaintiff demands judgment against the defendants for damages, in the amount of 3.5 million dollars and for such other relief this Court deems just.

Plaintiff humbly requests a trial by jury.

*Dana L. Harris*
Dana L. Harris
7123 Penn Avenue, Apt 3
Pittsburgh, PA 15208

EEOC Form 161 (3/98)                                    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

# DISMISSAL AND NOTICE OF RIGHTS

To: Dana Harris                                          From: Pittsburgh Area Office
    1510 Oakdene Street                                     1001 Liberty Avenue
    Pittsburgh, PA 15206                                     Suite 300
                                                          Pittsburgh, PA 15222

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 172-2005-01396 | Legal Unit | (215) 440-2828 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Enclosure(s)    Joseph M. Hardiman, III  by CMR        5/17/06
                            Area Director                                       *(Date Mailed)*

cc: Supervalu, Inc. d/b/a Shop 'N Save          Area Director

Enclosure with EEOC
Form 161 (3/98)

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

## PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit before 7/1/02 – not 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION -- Title VII and the ADA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*