IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DANA L. HARRIS,

    Plaintiff,                                      06cv1054

v.                                            ELECTRONICALLY FILED

SUPERVALU HOLDINGS-PA LLC d/b/a
SHOP N SAVE, ELLEN DAMICO and
WENDY BELL,

    Defendants.

## Order of Court

And now, this 20th day of April, for the reasons set forth in the foregoing Memorandum Opinion, IT IS HEREBY ORDERED that:

(1)     Plaintiff's Motion to Exclude Evidence at Trial (doc. no. 31) is DENIED;[1]

(2)     Plaintiff's Motion for Leave to File an Amended Complaint (doc. no. 34) is DENIED; and

(3)     Plaintiff's Motion to Request an Extension on Summary Judgment (Doc. No. 35) is GRANTED IN PART AND DENIED IN PART.[2]

                                                               s/Arthur J. Schwab
                                                               Arthur J. Schwab
                                                               United States District Judge

---

[1] Plaintiff is ordered to turn over any and all medical records to defendants, pursuant to their request for production of documents, by April 24, 2007.

[2] To the extent that plaintiff actually requests additional discovery time to conduct depositions, said motion is DENIED. However, to the extent plaintiff's motion requests that she may respond to summary judgment at a date beyond the current date of May 15, 2007, said motion is GRANTED. Plaintiff shall file her response to any motion for summary judgment on or before May 22, 2007.